### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| MOISES SANCHEZ LAINEZ, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02977-SHL-atc |
| CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office,[1] | ) | |
| Respondent. | ) | |

## ORDER STAYING TRANSFER AND REQUIRING RESPONSE

On August 3, 2026, pro se Petitioner Moises Sanchez Lainez filed the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. (ECF No. 1.) He challenges his "his arbitrary, unjustified, and prolonged civil immigration detention" without a bond hearing. (Id. at PageID 1.) Sanchez Lainez states that he is a citizen of Guatemala who has resided in the United States for eight years. (Id. at PageID 2.) After being stopped on his way to work, he has been detained by ICE since July 22. (Id.) He seeks immediate release or a bond hearing. (Id. at PageID 3.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing. 175 F.4th at 734.

---

[1] The only proper Respondent in this action is Christopher Bullock, Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement. See Rosciszewski v. Adducci, 983 F. Supp. 2d 910, 913–14 (E.D. Mich. 2013) ("[T]he ICE District Director is the proper respondent in a habeas petition brought by an alien, since the District Director has power over such aliens."). Accordingly, Trinity Minter, Alejandro Mayorkas, and Merrick Garland are dismissed from the case.

Upon review of the Petition, it is **ORDERED** as follows:

(1)    The Clerk of Court shall email copies of **the Petition (ECF No. 1) and this Order (ECF No. 5)** to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2)    Within **three business days** of the filing of this Order, Respondent shall respond to the Petition.  If the basis of Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), or state why Lopez-Campos otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

(3)    Petitioner may file a reply within **five business days** of the receipt of Respondent's responsive filing.

(4)    Respondent shall not transfer Petitioner out of the West Tennessee Detention Facility during the pendency of the Petition.

**IT IS SO ORDERED,** this 6th day of August, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2